```
                    FILED
                  AUG 27 2010
          CLERK, U.S. DISTRICT COURT
         CENTRAL DISTRICT OF CALIFORNIA
         SOUTHERN DIVISION AT SANTA ANA
         BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL XAVIER BELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRIAN HAWS, WARDEN,<br><br>　　　　Respondent. | Case No.　CV 09-3346-JFW (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendations of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendations and orders that judgment be entered dismissing the petition with prejudice.

Dated: August 26, 2010

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　John F. Walter
　　　　　　　　　　　　　　　　　　　　　　United States District Judge