JS - 6/ENTER

**FILED**
AUG 27 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL XAVIER BELL,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN HAWS, WARDEN,<br><br>    Respondent. | Case No.  CV 09-3346-JFW (MLG)<br><br>JUDGMENT |

    IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: August 26, 2010

_____
John F. Walter
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 30 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY